[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 96-1811

 UNITED STATES,

 Appellee,

 v.

 STEPHEN MICHAEL DION,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MAINE

 [Hon. Gene Carter, U.S. District Judge] 

 

 Before

 Selya, Cyr and Boudin,
 Circuit Judges. 

 

Stephen M. Dion on brief pro se. 
Jay P. McCloskey, United States Attorney, Frederick C. Emery and 
Margaret D. McGaughey, Assistant United States Attorneys, on brief for 
appellee.

 

 April 25, 1997
 

 Per Curiam. Stephen Michael Dion appeals from a 

sentence imposed upon revocation of a term of supervised

release. None of the arguments Dion raises on appeal were

presented to the sentencing court. Having reviewed the

briefs and record, we find no error (much less plain error).

 First, the imposition of an additional term of

supervised release was within the district court's authority.

See United States v. O'Neil, 11 F.3d 292, 301 (1st Cir. 

1993). Dion has offered no persuasive reasons to reconsider

our holding in O'Neil.  

 Second, there is ample evidence in the record from

which the district court could conclude that Dion has a

history of alcohol abuse. The two new special conditions of

supervised release were clearly directed at addressing this

problem. Cf. United States v. Thurlow, 44 F.3d 46, 47 (1st 

Cir.) (per curiam) (no abuse of discretion in requiring

defendant to abstain from consuming alcohol in light of

personal history and continuing alcohol abuse), cert. denied, 

115 S. Ct. 1987 (1995). We are persuaded that these

conditions are rationally related to the goals of

rehabilitation, deterrence, and protection of the public. 

 Affirmed. 

 -2-